IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,                       No. CIV S-12-0663 GGH P

   vs.

C/O JANES, et al.,

        Defendants.              <u>ORDER FOR PAYMENT</u>

_____/      <u>OF INMATE FILING FEE</u>

To: The Sheriff of Solano County, Attention: Inmate Trust Account, 500 Union Avenue, Fairfield, California, 94533:

      Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Solano County Sheriff is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's trust account each time the amount in the account exceeds $10.00, until the

1

1  statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

2  Good cause appearing therefore, IT IS HEREBY ORDERED that:

3  1. The Sheriff of Solano County or a designee shall collect from plaintiff's trust
4  account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as
5  set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall
6  be clearly identified by the name and number assigned to this action.

7  2. Thereafter, the Sheriff of Solano County or a designee shall collect from
8  plaintiff's trust account monthly payments from plaintiff's trust account in an amount equal to
9  twenty percent (20%) of the preceding month's income credited to the prisoner's trust account
10 and forward payments to the Clerk of the Court each time the amount in the account exceeds
11 $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has
12 been paid in full.  The payments shall be clearly identified by the name and number assigned to
13 this action.

14 3. The Clerk of the Court is directed to serve a copy of this order and a copy of
15 plaintiff's signed in forma pauperis affidavit on the Sheriff of Solano County, Attention:  Inmate
16 Trust Account, 500 Union Avenue, Fairfield, California, 94533:

17 4. The Clerk of the Court is directed to serve a copy of this order on the Financial
18 Department of the court.

19 DATED: April 20, 2012

20 /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE

22 GGH:009
   bake0663.cdc