IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,                         No. 2:12-cv-0663 GGH P

    vs.

C/O JANES, et al.,                     <u>ORDER</u> &

        Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. By order, filed on April 23, 2012, several claims and defendants were dismissed from the original complaint with plaintiff granted leave to amend within twenty-eight days. The order was re-served on June 11, 2012, upon plaintiff at the most recent address he provided the court. Plaintiff has not filed an amended complaint and therefore, for the reasons set forth in the order, filed on April 23, 2012, this court will recommend dismissal of defendants Marsh, Stanton, Fong and Jorgensen.

        The complaint states a cognizable claim for relief against defendant Correctional Officer (C/O) Janes for use of excessive force against plaintiff, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is to assign a district judge to this case;

2. Service is appropriate for the following defendant: C/O Janes.

3. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one summons, an instruction sheet and a copy of the complaint filed March 15, 2012.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above; and

    d. Two (2) copies of the endorsed complaint filed March 15, 2012.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS RECOMMENDED that for the reasons set forth in the order, filed on April 23, 2012, defendants Marsh, Stanton, Fong and Jorgensen be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

/////

/////

/////

1  within the specified time may waive the right to appeal the District Courts order. <u>Martinez v.</u>

2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: August 13, 2012

5                                <u>/s/ Gregory G. Hollows</u>

6                    UNITED STATES MAGISTRATE JUDGE

8  GGH:009
   bake0663.1+

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

      Plaintiff,　　　　　　　　　　No. 2: CIV-S-12-0663 GGH P

  vs.

C/O JANES, et al.,　　　　　　　　　　　　NOTICE OF SUBMISSION

      Defendants.　　　　　　　　　　OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed USM-285 form

    __2__    copies of the __March 15, 2012__
                      Complaint

DATED:

_____
Plaintiff