IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,                  No. 2: CIV S-12-0663 GGH P

    vs.

C/O JANES, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 13, 2012, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1

1 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to
2 be supported by the record and by the proper analysis.
3        1.  The findings and recommendations filed August 13, 2012, are adopted in full;
4 and
5        2.  For the reasons set forth in the order filed on April 23, 2012 (ECF No. 4),
6 defendants Marsh, Stanton, Fong and Jorgensen are dismissed.
7 DATED:  September 18, 2012.

_____
UNITED STATES DISTRICT JUDGE