IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

    Plaintiff,                                No. 2:12-cv-0663 KJM AC P

    vs.

C/O JANES, et al.,

    Defendants.                          FINDINGS AND RECOMMENDATIONS

_____/

        On August 13, 2012, plaintiff was ordered to complete and return to the court, within thirty days, the USM-285 form necessary to effect service on defendant Janes. That thirty-day period has since passed, and plaintiff has not responded in any way to the order. Subsequently, by order filed on September 19, 2012, the other defendants in this action were dismissed.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file

1

1  written objections with the court.  The document should be captioned "Objections to Findings
2  and Recommendations."   Any response to the objections shall be filed and served within
3  fourteen days after service of the objections.  Plaintiff is advised that failure to file objections
4  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
5  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6  DATED: December 3, 2012.

                                      /s/
                                  ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE

AC:009
bake0663.fusm